**08 C 1340**

**JUDGE HART**
**MAGISTRATE JUDGE VALDEZ**

# EXHIBIT A

STATE OF <u>NEW YORK</u> }
COUNTY OF <u>NASSAU</u> }

| | |
|---|---|
| Elite Recovery Services | ) |
| S/I/I TO HOUSEHOLDE/ORCHARD BANK | ) |
|     Plaintiff, | ) |
| vs. | ) |
| DALE R MACHALLECK | ) |
|     Defendant(s) | ) |

## AFFIDAVIT OF ACCOUNT BALANCE DUE

I, **Lisa Kiesecker**, agent for the Plaintiff, hereby certify and affirm that the claim and cause of action of **Elite Recovery Services S/I/I TO HOUSEHOLDE/ORCHARD BA**, a corporation duly incorporated and existing under and by virtue of the Laws of the State of New York, against Defendant(s) is due and owing the principle sum of $892.85, as more fully stated in the Complaint (and attached Exhibits) filed against Defendant(s). The debt continues to accrue interest at the rate of 5% from February 28, 2003 to the date of judgment; after which interest shall accrue at 9% per annum.

I further certify that I am duly qualified, competent to testify to the matters stated in the Complaint and herein, and authorized to make this affidavit. I further state that the records of this account are maintained under my supervision, and that the amount of the claim is just and true, and to the best of my personal knowledge all just and lawful offsets, payments and credits have been allowed.

FEB 1 5 2007

This affidavit executed this ____ day of _____, 2____.

_____
Signature

**Lisa Kiesecker**
Name printed

The foregoing affidavit sworn to and subscribed before me this ____ day of _____, 2____.

01TI6142028

_____
Notary Public

T05123