**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**MARCH 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1340**

| | |
|---|---|
| In the Matter of | Case Number: |
| DALE MACHALLECK, on behalf of plaintiff and classes, Plaintiff, v. Data Search N.Y., INC., d/b/a Trak America, LLC and Elite Recovery Services, LLC, Defendant. | **JUDGE HART**<br>**MAGISTRATE JUDGE VALDEZ** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff.

| |
|---|
| NAME (Type or print)<br>Cathleen M. Combs |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Cathleen M. Combs |
| FIRM<br>Edelman, Combs, Latturner & Goodwin, LLC |
| STREET ADDRESS<br>120 S. LaSalle Street, Suite 1800 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>00472840 | TELEPHONE NUMBER<br>312-739-4200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐