**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**MARCH 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DALE MACHALLECK, on behalf of plaintiff and classes, Plaintiff,

v.

Data Search N.Y., INC., d/b/a Trak America, LLC and Elite Recovery Services, LLC, Defendant.

Case Number: **08 C 1340**

**JUDGE HART**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff.

| | |
|---|---|
| NAME (Type or print) | |
| Michael J. Aschenbrener | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael Aschenbrener | |
| FIRM | |
| Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS | |
| 120 S. LaSalle Street, Suite 1800 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6292306 | 312-739-4200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐