## United States District Court for the Northern District of Illinois

Case Number: 08cv1340    Assigned/Issued By: j. n.

Judge Name:    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    (Victim, Against and $ Amount)

☐ Writ _____
    (Type of Writ)

__2__ Original and __0__ copies on __3-10-08__ as to __data search n.y., inc.__
                                    (Date)
__; elite recovery services, inc.__

---

C:\wpwin80\docket\feeinfo.frm    03/14/05