# EXHIBIT A

STATE OF <u>NEW YORK</u>   }
COUNTY OF <u>NASSAU</u>   }

Elite Recovery Services                       )
S/I/I TO HOUSEHOLDE/ORCHARD BANK  )
      Plaintiff,                              )
                                                 )
vs.                                           )
DALE R MACHALLECK                             )
      Defendant(s)                            )

## AFFIDAVIT OF ACCOUNT BALANCE DUE

I, Lisa Kiesecker, agent for the Plaintiff, hereby certify and affirm that the claim and cause of action of Elite Recovery Services S/I/I TO HOUSEHOLDE/ORCHARD BA, a corporation duly incorporated and existing under and by virtue of the Laws of the State of New York, against Defendant(s) is due and owing the principle sum of $892.85, as more fully stated in the Complaint (and attached Exhibits) filed against Defendant(s). The debt continues to accrue interest at the rate of 5% from February 28, 2003 to the date of judgment; after which interest shall accrue at 9% per annum.

I further certify that I am duly qualified, competent to testify to the matters stated in the Complaint and herein, and authorized to make this affidavit. I further state that the records of this account are maintained under my supervision, and that the amount of the claim is just and true, and to the best of my personal knowledge all just and lawful offsets, payments and credits have been allowed.

FEB 1 5 2007

This affidavit executed this ___ day of _____, 2__.

_____
Signature

Lisa Kiesecker
Name printed

The foregoing affidavit sworn to and subscribed before me this ___ day of _____,
2__.

01TI6142028

_____
Notary Public

[Notary seal: ANNE M TIMBERMAN, NOTARY PUBLIC, STATE OF NEW YORK]

T05123

# EXHIBIT B

Case 1:08-cv-01340   Document 9-2   Filed 03/12/2008   Page 3 of 4

ELITE RECOVERY SERVICES, INC.
    Plaintiff

vs.
JUANITA HERRON
        Defendant

5424770844650320

## AFFIDAVIT

I, \_\_Jerry Collabca\_\_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Bank First;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $1,126.52.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this \_\_ day of \_\_\_\_\_, 2007

_____
NOTARY PUBLIC

ALISA TETRO
Notary Public, State of New York
No. 01TE6141272
Qualified in Suffolk County
Commission Expires February 21, 2010

07-10740-0
3850-01
H146027