AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

DALE MACHALLECK, on behalf of plaintiff
and classes,

                Plaintiff,

        V.

DATA SEARCH N.Y., INC., d/b/a TRAK AMERICA,
LLC and ELITE RECOVERY SERVICES, INC.,
                Defendant.

CASE NUMBER:    08 C 1340

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Data Search N.Y., Inc. d/b/a
Trak America, LLC or TrakAmerica
6851 Jericho Turnpike, Suite 190,
Syosset, NY 11791.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
    Michael Aschenbrener
    Edelman, Combs, Latturner & Goodwin, LLC
    120 S. Lasalle 18th floor
    Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

March 10, 2008
_____
Date

AO 440　(Rev. 05/00)　Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | *MARCH 14 2008* |
| NAME OF SERVER *(PRINT)* | TITLE | *LEAD PROCESS SERVER* |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: *TRAK AMERICA 6851 JERICHO TPK. SYOSSET NY 11791. COPIES OF SUMMONS & COMPLAINT LEFT WITH CARL HERN,✱ MANAGER, ON MARCH 14, 2008 AT 12:32 P.M.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

*✱ MALE, WHITE*

*AGE: APROX. 40*

*5'8"　160 LBS.*

*SHORT BROWN HAIR*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL　*－0－* | SERVICES　*$ 33.34* | TOTAL　*$ 33.34* |

DECLARATION OF SERVER

STATE OF *New York*

COUNTY OF *Suffolk*

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *MARCH 14 2008*
　　　　　　Date

Signature of Server

*JONATHAN KAHN*
*924 HAWKINS AVE*
*LAKE GROVE NY 11755*
Address of Server

SUBSCRIBED AND SWORN TO BEFORE ME
THIS *14* DAY OF *March*, *2008*.
BY *JONATHAN KAHN*

NOTARY PUBLIC

CONSTANCE M. RIDOLFI
Notary Public - State of New York
No. 4924380
Qualified in Suffolk County
My Commission Expires April 4, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.