IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DALE MACHALLECK, and JUANITA HERRON, on behalf of plaintiffs and the classes described herein, <br><br> Plaintiffs, <br><br> vs. <br><br> DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, and ELITE RECOVERY SERVICES, INC., <br><br> Defendants. | 08 C 1340 <br> Judge Hart <br> Magistrate Judge Valdez |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, April 9th, 2008 at 11:00 a.m.**, we shall appear before the Honorable Judge Hart in Room 2243 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, which was electronically filed and served upon you through the Court's CM/ECF system.

s/Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

  I, Michael J. Aschenbrener, hereby certify that on March 28, 2008, a copy of this notice and the documents referred to therein was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Todd P. Stelter
David M Schultz
Hinshaw & Culbertson LLP
222 N. LaSalle St
Suite 300
Chicago, IL 60601
(312) 704-3000
*Counsel for Defendant Data Search N.Y., Inc.*

                s/Michael J. Aschenbrener
                Michael J. Aschenbrener