# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| DALE MACHALLECK,<br><br>Plaintiff,<br>v.<br><br>DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and ELITE RECOVERY SERVICES, INC.,<br><br>Defendants. | COURT FILE NO. 08 C 1340<br><br>Judge Hart |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC**

| |
|---|
| NAME:  David M. Schultz |
| SIGNATURE:  s/ *David M. Schultz* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197596 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  ☐      APPOINTED COUNSEL  ☐ ||

6304124v1 887090

## CERTIFICATE OF SERVICE

    I hereby certify that on **April 4, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                                HINSHAW & CULBERTSON LLP

David M. Schultz                                     s/ *David M. Schultz*
HINSHAW & CULBERTSON LLP              David M. Schultz
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
Firm's #90384

6304124v1 887090