AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DALE MACHALLECK, on behalf of plaintiff
and classes,
                Plaintiff,

              V.

DATA SEARCH N.Y., INC., d/b/a TRAK AMERICA,
LLC and ELITE RECOVERY SERVICES, INC.,
                Defendant.

CASE NUMBER: **08 C 1340**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Elite Recovery Services, Inc
c/o Registered Agent:
Lexis Document Solutions Inc.,
801 Adlai Stevenson Dr.,
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC,
120 S. Lasalle, 18th floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Annette Nunez/*
(By) DEPUTY CLERK

March 24, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE April 2, 2008 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Robert Baetel #115-001133 | TITLE Private Detective/Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Holly Blankenship, Clerk

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 65.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 2, 2008
  Date          Signature of Server

PO Box 11237
  Address of Server

Spfd, IL 62791

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.