**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Dale Machalleck
                                    Plaintiff,

v.                                                Case No.: 1:08−cv−01340
                                                  Honorable Ronald A. Guzman

Data Search N.Y., Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

    MINUTE entry before Judge Honorable Ronald A. Guzman: Status hearing held on 4/9/2008. Set deadlines as to motion by Plaintiff for leave to file Consolidated Class Action Complaint [43] (case no. 08 C 31) : Responses due by 4/30/2008. Replies due by 5/14/2008. Ruling to be by mail. Briefing schedule on Plaintiff's class certification motion [12] is stayed. Time to answer or otherwise plead is suspended. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.